IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AFY, INC., f/k/a Ainsworth Feed Yards ) | CASE NO. 10-40875 |
| Company, Inc., ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**MOTION TO PAY FUNDS**

Plaintiff, Joseph H. Badami, Chapter 11 Trustee ("Trustee") of the Debtor, AFY, INC., f/k/a Ainsworth Feed Yards Company, Inc. ("Debtor"), and respectfully requests that the Court order that the funds that have been received by the Trustee for the sale of Tract 4 be remitted to the secured creditor Farm Credit Services. In support of the motion, the Trustee shows the Court the following:

1. On May 26, 2010, this Court entered the Order (FiL. #140) which provided, in part, that "[a]s to Tract #4 the Motion to Compel (Fil. #124) is settled. Robert Sears consents to sign the deed on behalf of Sears Cattle Co. to Tract #4 by close of business on Friday, May 28, 2010. Proceeds are to be held by the Trustee pending further court order or agreement of parties to the sale."

2. Tract #4 has been closed and the proceeds of $430,944.30 have been transmitted to the Trustee and these funds are being held in an account as required by the Court's Order (Fil. #140).

3. Farm Credit Services, who held the highest priority creditor encumbrance on Tract #4 is still not completely paid and is currently owed more than the proceeds from Tract #4.

WHEREFORE, the Trustee respectfully requests that the Court order that the funds from Tract #4 shall be paid to Farm Credit Services.

DATED: June 15, 2010.

102015-1. 00349970

JOSEPH H. BADAMI, TRUSTEE

BY:  s/ *James A. Overcash*
Joseph H. Badami, No. 10155
James A. Overcash, No. 18627
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
jbadami@woodsaitken.com
jovercash@woodsaitken.com
Telephone: (402) 437-8500
Facsimile: (402) 437-8558

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Patricia Fahey | ustpregion13.om.ecf@usdoj.gov |
| Jeffrey P. Galyen | jeff@krotterhoffman.com, efiling@krotterhoffman.com |
| Richard P. Garden | rgarden@clinewilliams.com, dhilger@clinewilliams.com |
| Jerry L. Jensen | Jerry.L.Jensen@usdoj.gov |
| Brian J. Koenig | brian.koenig@koleyjessen.com, brianjkoenig@gmail.com teri.gibbons@koleyjessen.com |
| Joel G. Lonowski | jlonowski@morrowpoppelaw.com |
| Stephen D. Mossman | sdm@mattsonricketts.com, cdb@mattsonricketts.com; krh@mattsonricketts.com |
| Richard D. Myers | rdm@mgwl.com |
| Frank M. Schepers | fschepers@ldmlaw.com, virginia@ldmlaw.com |
| Jerrold L. Strasheim | jls@strasheimlaw.com |
| Donald L. Swanson | don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com, bridgett.sanne@koleyjessen.com |
| Brandon R. Tomjack | btomjack@bairdholm.com, lzeno@bairdholm.com |
| Russell A. Westerhold | rwesterhold@fraserstryker.com, ecf-bankruptcy@fraserstryker.com; ecf-bankruptcy@fslf.com |
| Michael J. Whaley | mwhaley@grosswelch.com |
| T. Randall Wright | rwright@bairdholm.com, jsvoboda@bairdholm.com, ecf-bankruptcy@bairdholm.com |

and I hereby certify that I have caused to be mailed via First Class United States Mail, sufficient postage prepaid, the foregoing document to the following parties:

NEDAK Ethanol, LLC
c/o Jerome Fagerland, Registered Agent
87590 Hillcrest Road
PO Box 391
Atkinson, NE 68713

Robert V. Ginn, Esq.
1620 Dodge Street
Suite 2100
Omaha, NE 68102

AFY, Inc.
R.R. 1
P.O. Box 267
Ainsworth, NE 69210

Laura Lawrence
STRAIN SLATTERY BARKLEY & CO.
7130 South 29th Street
Suite F
Lincoln, NE 68516

Mike Tasler
TASLER AUCTION SERVICE, INC.
Box 418
Atkinson, NE 68713

                                              *s/ James A. Overcash*
                                              James A. Overcash, No. 18627